

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**LARRY KEITH MICKLE,**<br><br>*Defendant.* | Case No. 24 CR 139 JFH |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**ASSAULT WITH INTENT TO COMMIT MURDER IN INDIAN COUNTRY**
**[18 U.S.C. §§ 113(a)(1), 1151, & 1152]**

On or about June 18, 2024, within the Eastern District of Oklahoma, in Indian country, the defendant, **LARRY KEITH MICKLE,** a non-Indian, did assault Victim, an Indian, with intent to commit murder, to wit: by shooting Victim in the head, in violation of Title 18, United States Code, Sections 113(a)(1), 1151, and 1152.

## COUNT TWO

**ASSAULT WITH A DANGEROUS WEAPON WITH INTENT TO DO BODILY HARM**
**IN INDIAN COUNTRY**
**[18 U.S.C. §§ 113(a)(3), 1151, & 1152]**

On or about June 18, 2024, within the Eastern District of Oklahoma, in Indian country, the defendant, **LARRY KEITH MICKLE,** a non-Indian, did assault Victim, an Indian, with a dangerous weapon, with intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1152.

## COUNT THREE

**ASSAULT RESULTING IN SERIOUS BODILY INJURY IN INDIAN COUNTRY**
[18 U.S.C. §§ 113(a)(6), 1151, & 1152]

On or about June 18, 2024, within the Eastern District of Oklahoma, in Indian country, the defendant, **LARRY KEITH MICKLE,** a non-Indian, did assault Victim, an Indian, resulting in serious bodily injury, in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1152.

## COUNT FOUR

**USE, CARRY, BRANDISH AND DISCHARGE A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE**
[18 U.S.C. §§ 924(c)(1)(A)(i), (ii), & (iii)]

On or about June 18, 2024, within the Eastern District of Oklahoma, the defendant, **LARRY KEITH MICKLE**, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, that is, Assault with Intent to Commit Murder in Indian Country, as charged in Count One of this Indictment, Assault with a Dangerous Weapon with Intent to do Bodily Harm in Indian Country, as charged in Count Two of this Indictment, for which he may be prosecuted in a court of the United States, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and (iii).

CHRISTOPHER J. WILSON
United States Attorney

_/s/ signature_
MICHAEL E. ROBINSON, MA BAR #693574
Assistant United States Attorney

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY