# UNITED STATES OF AMERICA

for the
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | Case No. | CR-24-139-JFH |
| Plaintiff, | ) | | |
| v. | ) | Date: | 6/10/2025 |
| | ) | | |
| LARRY KEITH MICKLE, | ) | Time: | 10:00 a.m. – 10:08 a.m. |
| | ) | | 10:11 a.m. – 10:30 a.m. |
| Defendant. | ) | | |

## MINUTE SHEET – SENTENCING HEARING

U.S. District Court Judge John F. Heil, III        Amanda Lowe, Law Clerk        Shelley Ottwell, Reporter

Katie Hayes, Deputy Clerk        FTR Courtroom 1 - Room 230

Counsel for Plaintiff:        Michael Emmett Robinson, AUSA
Counsel for Defendant:        Wesley J. Cherry, Appointed

☒ Defendant appears in person with counsel

**MINUTES:** Court ENTERS FINDING affirming the finding of guilt and acceptance of plea before the United States Magistrate Judge (JFH). Court inquired regarding any victims present for hearing. Government responded victims notified and present. Defendant calls Witness #1 M.L. Defendant's oral argument. Government's response.

☒ Plaintiff & Defendant reviewed PSI:
    ☒ Government - Objections:    ☒ Yes        ☐ No
    ☒ Defendant - Objections:    ☒ Yes        ☐ No

**RECESS**
**RECONVENE**

☒ Objections overruled and PSI will form factual basis for sentencing as revised.

☒ Findings: Court adopts Plea Agreement as set forth in this matter
☒ Terms of Plea Agreement outlined by Govt    ☒ Defendant Agrees

☒ Court GRANTED Government's Motion for One Point Reduction [Dkt. Entry No. 42].

☒ Defendant and counsel asked if wish to make any additional argument regarding sentencing
    ☒ Statements by Government in aggravation/mitigation of punishment. Victim Impact Statement.
    ☒ Statements by defendant's counsel
    ☒ Statements by defendant

**SENTENCE:   As to Count 2 of the   Indictment   **

| | | | |
|---|---|---|---|
| ☒ **Bureau of Prisons for a term of  57 months** | ☐ **Concurrent** | ☐ **Consecutive** | |
| ☒ **Supervised Release for a term of  3 years** | ☐ **Concurrent** | ☐ **Consecutive** | |
| ☒ **Special Assessment:    $ 100.00** | ☒ **due immediately** | | |
| ☒ **Fine:                         $   No fine** | ☐ **with interest** | ☐ **interest waived** | |
| ☐ **Restitution:              $** | ☐ **with interest** | ☐ **interest waived** | |

☒  **STANDARD CONDITIONS** of Probation given, including the following **Special Conditions: 1.** The Special Substance Abuse Condition. **2.** The Special Search Condition. **3.** The defendant must also participate in programming for anger management and/or domestic violence.

**ADDITIONAL MINUTES**

The Court recommends the Bureau of Prisons evaluate and determine whether the defendant is a suitable candidate for the most comprehensive substance abuse treatment program available to the defendant during his term of incarceration, such as the Residential Drug Abuse Program or other similar programs. Should the defendant be allowed to participate in such programming, the Court recommends the defendant be afforded the benefits prescribed and set out in 18 USC § 3621(e) according to Bureau of Prisons policy.

The Court recommends the Bureau of Prisons evaluate and determine whether the defendant is a suitable candidate for the Career Starter Program or similar vocational training programs during the defendant's term of incarceration.

☒  REASONS FOR IMPOSING SENTENCE given by Court
☒  Defendant advised of right to appeal          ☐  Defendant gives oral notice of appeal
☒  Remaining counts ordered dismissed: counts 1, 3 and 4 of the Indictment filed on 9/11/2024.
☒  Defendant requests designation  FCI EL Reno, OK  ☒  So recommended by the Court
☒  Defendant remanded to the custody of the U.S. Marshal
☒  Court adjourned