IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

LARRY KEITH MICKLE,

    *Defendant.*

Case No. 24-CR-139-JFH

FILED
JUN 10 2025
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

## NOTICE OF DISMISSAL

COMES NOW the plaintiff, United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney, Michael E. Robinson, and dismisses Counts One, Three, and Four of the Indictment as to **LARRY KEITH MICKLE**, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The defendant has pled guilty to a felony Count Two and further prosecution is deemed unwarranted.

                    CHRISTOPHER J. WILSON
                    United States Attorney

s/   Michael E. Robinson
      MICHAEL E. ROBINSON, MA BAR # 693574
      Assistant United States Attorney

LEAVE GRANTED FOR FILING:

_____
JOHN F. HEIL, III
United States District Judge